United States District Court
Southern District of Texas
**ENTERED**
February 19, 2016
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| RLI INSURANCE COMPANY, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | |
| | § | CAUSE NO. 4:15-CV-3228 |
| OMEGA FIRE SYSTEMS, INC., | § | |
| BENJAMIN P. GRIFFIN, AND | § | |
| KATHERINE GRIFFIN, | § | |
| | § | |
| Defendants. | § | |

## FINAL DEFAULT JUDGMENT

On this day, the Court considered Plaintiff Steadfast Insurance Company's ("Plaintiff" or "Steadfast") Motion for Final Default Judgment [Doc. 12] ("Motion"). After considering Plaintiff's Motion together with documents filed in support, including sworn statements, as well as the record and applicable law, the Court is of the opinion that Plaintiff's Motion should be GRANTED.

IT IS, THEREORE, ORDERED that Plaintiff's Motion is hereby GRANTED. Final Judgment is hereby rendered against Defendants, jointly and severally, in the amount of $1,415,254.21.

IT IS FURTHER ORDERED that Plaintiff have and recover of and from Defendants, jointly and severally, Plaintiff's reasonable attorney's fees, costs, and expenses in the amount of $18,448.86, along with post-judgment interest from the date of entry of this final judgment until the judgment is satisfied at the applicable federal rate under 28 U.S.C. § 1961.

Signed this February 18, 2016.

Hon. Lee H. Rosenthal
UNITED STATES DISTRICT JUDGE